# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **INDIANA**

(Full name of plaintiff(s))

**William Clayton Jackson**
**DOC # 128866**

**FILED**
**04/16/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

(Full name of defendant(s))

**I.D.O.C./W.V.C.F**
**WARDEN, FRANK VANIHEL**
**Wabash Valley Correctional Facility**

Case Number:

2:24-cv-00128-JRS-MKK

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **INDIAN**, and is located at
   (State)

   **I.D.O.C./W.V.C.F. 6908 S Old US Hwy 41, Carlisle, IN 47838**
   (Address of prison or jail)     **(Cell 322)**

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **I.D.O.C./W.V.C.F., WARDEN Frank Vanihel**
                                                    (Name)

Complaint - 1

2 OF 37

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at __N-A__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __I.D.O.C. STAFF OF, W.V.C.F. 6908 old us Hwy 41 carlisle, IN 47838__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

"ALL STAFF" AT W.V.C.F. IN-D-H-U- was made Aware of Black, Mold Issue "Several" CO-Sargent -Lieutenant, and counsles, Mrs. CHAPMAN - CO-GILBERT - CAPTAIN BREWER - CO-Harlan - MAITENANCE was made Aware of The BLACK, MOLD ISSUE IN D-H-U-D CELL 322 On 03/28/2024 CO-, GILBERT Told ME William C Jackson Doc#128866 THAT, maitenance Told him Co-Gilbert for me Jackson Doc#128866, To Keep Cleaning The Black mold up in cell-D-322 and HE DID NOT HAVE TIME To LOOK AT THE MOLD ISSUE, On 03/28/2024 CO-Gilbert Told Me at 4:43 pm He NOTED -

"SEE·EXHIBIT."
#1 - 1 OF 2
#2 - 1 OF 3
#3 - 1 OF 1
#4 - 1 OF 1

Complaint - 2

3 OF 37

The Black mold ISSUE IN THE STAFF LOG BOOK IN D-H-U, DESK. I have been cleaning Black mold off The wall of D cell, 322 with out any glover or mack or protective gear in D-H-U Cell 322-D. The Camera "will show me going To Mrs. Chapman office From 09/05/2023 -TO- 03/28/2024 -TO GET PINK SPRAY, To Clean up The Black mold AT 8:30 AM -TO- 9:00 AM AT Least "2 Two"- TO "3-Three" Time's A week Through out 09/05/2023 -To 03/28/2024. In That Time Period I have had problems Breathing and, Rash on my hand's -Leg's- AND Chest" I need To Be Seen By A "DR" AND X-RAY'S OF my "LUNG'S AND BACK" where I am having pain ever since I Started Cleaning The Black mold up in D-H-U-cell 322 D. To be Seen By A "DR" AND X-RAY'S OF my LUNG'S AND BACK where I am having Pain and To make Sure I DO NOT HAVE ANY LONG TERM, MEDICAL CONDITION'S WITH my LUNG'S FROM BREATHING, BLACK MOLD IN D-H-U-CELL 322-D. AT Wabash Valley, Correctional Facility 6908 S old us Hwy 41 Carlisle, IN 47838 AND I.D.O.C. TO NOT VIOLATE PRISONER RIGHT BY WORKING THEM IN HAZARD CONDITIONS WITH, Out Gloves or mask or protective Gear This is CRUEL AND UNUSUAL PUNISHMENT. There is Documentataion and, Camera footage To Show This is The Truth about The Black mold, In Cell -D-322 and me cleaning The BLACK MOLD with OUT GLOVES, OR MASK OR Protective gear. Several -Co-Sargent -Lieutenant, OFFICER -COUNSIER -CAPTAIN -MAITENANCE HAS BEEN MADE, AWARE OF The Black mold ISSUE IN D-322 CELL AND KNOW One has Done ANYTHING ABOUT THE BLACK MOLD ISSUE IN, CELL -D-322 PUT ME William C Jackson DOC#128866.

4 OF 37

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ —NA—.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

For me to be seen By A "DR" and X-RAY's of My Lung's and Back where I am having PAIN AND TO MAKE SURE I DO NOT HAVE ANY LONG TERM MEDICAL, Conditions, with my Lung's FROM BREATHING BLACK MOLD. I'm asking For $120,000.00 - One hundred and Twenty Thousand Dollars for pain and suffering This issue, has caused me many disclepencles and Irreparoble Damages. "I.D.O.C. TO PAY For ALL MEDICAL, PAYMENT'S TO BE COVERED By I.D.O.C. AND W.V.C.F. TO NOT VIOLAT PRISONER, RIGHT IN WORKING THEM IN HAZARD, CONDITIONS WITH OUT PROVIDING, PROTECTIVE, GEAR THIS IS CRUEL AND UNUSUAL PUNISHMENT.

E.  **JURY DEMAND**

☑ Jury Demand – I want a jury to hear my case
 OR

☐ Court Trial – I want a judge to hear my case

Dated this _15_ day of _APRIL_ 20_24_.

Respectfully Submitted,

_William Clayton Jackson_
Signature of Plaintiff

_DOC# 128866_
Plaintiff's Prisoner ID Number

_WABASH VALLEY Correctional Facility_
_6908 S. Old US Hwy 41_
_CARLISLE, IN 47838 / CELL D-322_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5

6 OF 37