UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM CLAYTON JACKSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00114-JRS-MJD ) |
| I.D.O.C. STAFF, LECLARE CO at Wabash Valley Correctional Facility, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. This action is **dismissed without prejudice**.

Date: 08/01/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

WILLIAM CLAYTON JACKSON
128866
1014 N 4th Avenue
Evansville, IN 47710